1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   MURRAND RANZON,                          1:07-cv-01619-OWW-GSA-PC

12                     Plaintiff,              FINDINGS AND RECOMMENDATIONS,
                                               RECOMMENDING THAT THIS ACTION BE
13         v.                                  DISMISSED, WITH PREJUDICE, FOR
                                               FAILURE TO STATE A CLAIM UPON
14   THE STATE OF CALIFORNIA, et al.,          WHICH RELIEF MAY BE GRANTED
                                               (Doc. 1.)
15                     Defendants.
                                               OBJECTIONS, IF ANY, DUE WITHIN
16                                             THIRTY DAYS

17   _____/

18         Plaintiff Murrand Ranzon ("Plaintiff") is a former state prisoner proceeding pro se in this

19   civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 8, 2007.

20   (Doc. 1.)

21         On July 23, 2009, the undersigned dismissed Plaintiff's complaint for failure to state a claim

22   upon which relief may be granted and gave Plaintiff leave to file an amended complaint within thirty

23   days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  (Doc.10.)  To date, Plaintiff has not complied with

24   or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth

25   any claims upon which relief may be granted under section 1983.

26         Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned

27   HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure

28   to state any claims upon which relief may be granted under section 1983.

1    These Findings and Recommendations will be submitted to the United States District Judge

2 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**

3 **days** after being served with these Findings and Recommendations, Plaintiff may file written

4 objections with the Court.  The document should be captioned "Objections to Magistrate Judge's

5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

7 1153 (9th Cir. 1991).

8

9    IT IS SO ORDERED.

10   **Dated:   September 18, 2009            /s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28